THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-94TH STREET REALTY CO., INC., and Others v. WILLIAM E. WALSH and Others.— Motion to dismiss appeal denied, without prejudice to a renewal of the motion on the argument of the appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SIDNEY W. SOLOMON, Also Known as SIDNEY W. SALMON, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIA FUSCO, Appellant, v. GIUSEPPE FUSCO, Respondent.— Judgment so far as appealed from modified as indicated in order, and as so modified affirmed, with costs to the plaintiff. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ETTA U. GREGORY, as Executrix, etc., of LOUIS K. UNGRICH, Deceased, Respondent, v. ROSINA RENNERT IRVING and Others, Appellants.— Judgment modified by directing that the executrix plaintiff deliver to defendants one-half of the receivers' certificates, the subject of the investment mentioned in the complaint, and as so modified affirmed, with costs to respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of RALPH E. MILLER, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE MARSHALL, Appellant, v. LUCIUS K. WILMERDING, as President of the UNION CLUB, an Unincorporated Voluntary Association, etc., Respondent.— Order modified by striking out the direction that the complaint be dismissed, with costs, and by ordering a new trial, and as so modified affirmed. Judgment appealed from reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent, v. UNION MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ERNEST STAHL, JR., as Trustee in Bankruptcy of SPARTAN RUBBER COMPANY, Appellant, v. AMALGAMATED TIRE STORES CORPORATION and Others, Defendants, Impleaded with ELI H. BERNHEIM, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEOPLES NATIONAL BANK, Respondent, v. GRATHWOHL C. CURRAN, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN S. KANITIS, an Infant, by PEPINA KARIKA, Her Guardian ad Litem, Respondent, v. SOCRATES H. KANITIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and Martin, JJ., dissent.

MARC KLAW, Suing on Behalf of Himself and All Other Stockholders of FORSIX THEATRE COMPANY, Appellant, v. ABRAHAM L. ERLANGER and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.